# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRY J. LEBLANC

VERSUS

ZAINA & TEJAN, INC.; HILL
CITY OIL CO., INC.; MAMOON
I. KHALILI, BAHAALDIN I.
KHALIL

NO. 2021 CW 0170

**MAY 11, 2021**

---

In Re:    Seneca Specialty Insurance Company, applying for
          supervisory writs, 32nd Judicial District Court,
          Parish of Terrebonne, No. 181407.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

    **WRIT GRANTED.** The trial court's January 14, 2021 judgment, which denied the motion for summary judgment filed by defendant, Seneca Specialty Insurance Company, is reversed. The insurance policy issued by defendant, Seneca Specialty Insurance Company, includes a Weapons Exclusion, which provides that the insurance does not apply to bodily injury arising out of or resulting from the possession or use of a lethal weapon, including but not limited to firearms by any person. There is no factual dispute herein that plaintiff, Terry J. LeBlanc, asserts his injuries were caused when he was shot with a firearm. We find that Seneca Specialty Insurance Company met its burden of proving that the policy at issue unambiguously excludes coverage for the damages alleged in this matter. See **Fouquet v. Daiquiris & Creams of Mandeville, L.L.C.,** 2010-0233 (La. App. 1st Cir. 9/13/10), 49 So.3d 44. Thus, we find that there is no coverage under the policy issued by Seneca Specialty Insurance Company for the damages alleged by plaintiff. Based upon this court's conclusion that the Weapons Exclusion unambiguously excludes coverage, we pretermit discussion of the assault and battery exclusion and the employer's liability exclusion. Accordingly, the motion for summary judgment is granted, and all claims against defendant, Seneca Specialty Insurance Company, are dismissed with prejudice.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT